

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-15-00220-CV

**IN THE INT OF JHL,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01904
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

It appears this court may not have jurisdiction over the appeal filed by Priscilla Levine. This is an accelerated appeal and the notice of appeal must be filed within twenty days after the judgment is signed in such an appeal. *See* TEX. R. APP. P. 26.1(b). Motions for new trial and other specific post-judgment motions will not extend the time to perfect an accelerated appeal. *See* TEX. R. APP. P. 28.1(b). In this case, the trial court signed its Order of Termination on June 20, 2014. Therefore, any notice of appeal was due on July 10, 2014. Priscilla Levine filed her notice of appeal on April 10, 2015. Accordingly, Priscilla Levine's notice of appeal was not timely.

It is therefore ORDERED that Priscilla Levine file <u>no later than May 4, 2015</u> a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If Priscilla Levine fails to respond within the time provided, her appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

All appellate filing dates are ABATED pending further orders from this court.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court